AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Edward Jones

**V.**

Jeanne Woodford

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    10cv1015-MMA(CAB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court cannot consider the Petitioner's Petition because there is no indication that the Ninth Circuit Court of Appeals has granted permission for the Petitioner to file a second or successive Petition. The Court dismisses this action without prejudice to Petitioner's filing a petition in this Court if he obtains the necessary order from the Ninth Circuit Court of Appeals.

| May 18, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ L. Hammer

(By) Deputy Clerk

ENTERED ON May 18, 2010

10cv1015-MMA(CAB)